Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

Matthew A. Pare, SBN 258434
LAW OFFICE OF MATTHEW PARE, APC
823 Anchorage Place, Suite 101
Chula Vista, CA 91914

Tel: 619 869-4999
Fax: 619 754-4581
mattparelawca@gmail.com

Attorneys for Defendant
Victor Acosta Aranda

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:15-cv-02451-JST |
| Plaintiff, | |
| v. | ORDER (Proposed) CONTINUING CASE MANAGEMENT CONFERENCE |
| VICTOR ACOSTA ARANDA, | |
| Defendant. | |

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:15-cv-02451-JST styled *J & J Sports Productions, Inc. v. Aranda,* is hereby continued from 2:00 PM, Thursday, October 1, 2015 to November 4, 2015 at 2:00 PM.

.

1    Plaintiff shall serve a copy of this Order on the defendant and thereafter file a Certification of

2  Service of this Order with the Clerk of the Court.

3

4

5  **IT IS SO ORDERED**:

6

7

8  _____                                    Date: September 21, 2015

9  **THE HONORABLE JON S. TIGAR**
   **United States District Court**
10 **Northern District of California**
   ///
11 ///
   ///
12 ///
   ///
13 ///
   ///
14 ///
   ///
15 ///
   ///
16 ///
   ///
17 ///
   ///
18 ///
   ///
19 ///
   ///
20 ///
   ///
21 ///
   ///
22 ///
   ///
23 ///
   ///
24 ///
   ///
25 ///
   ///
26 ///
   ///
27 ///
   ///
28

**ORDER (Proposed)**
**CASE NO. 3:15-cv-02451-JST**