UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br> Plaintiff, <br> v. <br> VICTOR ACOSTA ARANDA, <br> Defendant. | Case No. 15-cv-02451-JST <br><br> **MINUTE ORDER RE: HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** <br><br> Re: ECF No. 41 |

At the hearing on the parties' cross-motions for summary judgment, currently scheduled for July 28, 2016 at 2:00 p.m., the parties should be prepared to discuss the following questions:

(1) How should the Court construe the phrase "except through authorized channels of transmission or reception," which appears in the first sentence of 47 U.S.C. § 605(a)?

(2) How should the Court construe the phrase "being entitled thereto," which appears in the third sentence of 47 U.S.C. § 605(a)?

(3) Does any authority support the proposition that these phrases should be construed to include – or exclude – circumstances where a service provider, such as the Dish Network, authorizes a customer to receive a "radio communication," as is explicitly contemplated in the second sentence of the statute?

IT IS SO ORDERED.

Dated: July 22, 2016

JON S. TIGAR
United States District Judge