UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICTOR ACOSTA ARANDA, <br><br> Defendant. | Case No. 15-cv-02451-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** <br><br> Re: ECF No. 47 |

On July 27, 2016, Plaintiff filed a Notice of Settlement. ECF No. 47. Accordingly, all deadlines and hearings in this case are vacated. By September 12, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also sets a case management conference on October 5, 2016 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: July 27, 2016

_____
JON S. TIGAR
United States District Judge