Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Victor Acosta Aranda, <br><br> Defendant. | CASE NO. 3:15-cv-02451-JST <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT VICTOR ACOSTA ARANDA, individually and d/b/a EL TAPATIO RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant VICTOR ACOSTA ARANDA, individually and d/b/a EL TAPATIO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against VICTOR ACOSTA ARANDA, individually and d/b/a EL TAPATIO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 27, 2016, the dismissal shall be deemed to be **with prejudice.**

///
///
///
///

STIPULATION OF DISMISSAL
Case No. 3:15-cv-02451-JST
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 7/27/16

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7/28/2016

LAW OFFICES OF MATTHEW A. PARE, APC
By: Matthew A. Pare, Esquire
Attorneys for Defendant
VICTOR ACOSTA ARANDA, individually and
d/b/a EL TAPATIO RESTAURANT

IT IS SO ORDERED:

Dated: August 1, 2016

IT IS SO ORDERED
Judge Jon S. Tigar